
RECEIVED
IN LAKE CHARLES, LA


DEC - 7 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | * * * * | CIVIL ACTION NO. 06-2101 |
| | * | JUDGE PATRICIA MINALDI |
| -V- | * * | MAG. JUDGE ALONZO WILSON |
| DURO-LAST, INC., et al. | * * * | |

## **O R D E R**

Considering the Unopposed Motion to Remand;

**IT IS ORDERED** that this matter be remanded to the 14th Judicial District Court for the Parish of Calcasieu;

**IT IS FURTHER ORDERED** that this remand is made without prejudice to any party to seek removal of this action to federal court at a later date pursuant to 28 U.S.C. §1446(b).

**IT IS FURTHER ORDERED** that the parties need not comply with the requirements of the Court's November 15, 2006, Removal Order.

DISTRICT JUDGE

1/6/07

{N1581981.1}

3